# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LIBBEY, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff(s)<br><br>v.<br><br>JOHN MUIR HEALTH, a California corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendant(s) | CASE No.   4:26-cv-03228-AMO<br><br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 22, 2026

_Michael Leggieri_
Party
Michael Leggieri on behalf of John Muir Health


Date: June 22, 2026

Seyfarth Shaw LLP
/s/ Parnian Vafaeenia
            Attorneys for
            Defendant John Muir Health

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

  Date:   June 22, 2026

/s/ Parnian Vafaeenia
Attorneys for
 Defendant John Muir Health

_Important!_ E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

_Form ADR-Cert rev. 1-15-2019_